Edna BLOOM, Appellant, v. WABASH RAILWAY COMPANY, et al.

No. 12162.

Circuit Court of Appeals, Eighth Circuit.

Dec. 17, 1941.

Hyman G. Stein, of St. Louis, Mo., for appellant.

N. S. Brown, of St. Louis, Mo., for appellees.

PER CURIAM.

Appeal from District Court dismissed on withdrawal of appeal by appellant and consent of appellee, without taxation of any costs in favor of either of the parties in this Court.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. MICHIGAN SILICA COMPANY, Respondent.

No. 8721.

Circuit Court of Appeals, Sixth Circuit.

Dec. 9, 1941.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, Charles E. Lowery, and Edward First, all of Washington, D. C., for petitioner.

R. M. O'Hara, of Detroit, Mich., for respondent.

Before HAMILTON, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and arguments of counsel, and it appearing that the provisions of respondent's . contract, herein concerned, expressly deal with the disposition of the gross income of respondent and, therefore, necessarily deal with the disposition of the earnings and profits within the taxable year, as required for credit on undistributed profts tax under Section 26(c) (2), of the Revenue Act of 1936, it is ordered, adjudged and decreed that the order of the Board of Tax Appeals, 41 B.T.A. 511, be and the same is hereby affirmed. See Commissioner of Internal Revenue v. Strong Manufacturing Company, 6 Cir., 124 F.2d 360, this day decided.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. OHIO LEATHER COMPANY, Respondent.

No. 8842.

Circuit Court of Appeals, Sixth Circuit.

Dec. 9, 1941.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, John M. Morawski, and Edward First, all of Washington, D. C., for petitioner.

Donald J. Lynn, of Youngstown, Ohio, for respondent.

Before HAMILTON, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and arguments of counsel, and on consideration whereof, it is ordered, adjudged and decreed that the order of the Board of Tax Appeals be and the same is affirmed in accordance with our opinion in Commissioner of Internal Revenue v. Strong Manufacturing Company, 124 F.2d 360, this day decided.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. WARREN TOOL CORPORATION, Respondent.

No. 8836.

Circuit Court of Appeals, Sixth Circuit.

Dec. 9, 1941.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, John M. Morawski, and Edward First, all of Washington, D. C., for petitioner.

R. T. Sawyer, Jr., of Cleveland, Ohio, for respondent.

Before HAMILTON, MARTIN, and McALLISTER, Circuit Judges.

398

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and arguments of counsel, and on consideration whereof, it is ordered, adjudged and decreed that the order of the Board of Tax Appeals be and the same is affirmed in accordance with our opinion in Commissioner of Internal Revenue v. Strong Manufacturing Company, 124 F.2d 360, this day decided.

**CUDAHY PACKING COMPANY, Petitioner, v. NATIONAL LABOR RELATIONS BOARD.**

No. 12084.

Circuit Court of Appeals, Eighth Circuit.

Dec. 17, 1941.

Thomas Creigh, of Chicago, Ill., and L. J. Tierney and Kennedy, Holland, De Lacy & Svoboda, all of Omaha, Neb., for petitioner.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Laurence A. Knapp, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced as modified, and petitioner and its officers ordered to cease and desist from doing certain things and to take certain affirmative action, etc., on consent of counsel for respective parties.

**William E. DEXTER, Appellant, v. Fred J. LAUCHLI, Trustee of the Southern Motor Company, Bankrupt.**

No. 12179.

Circuit Court of Appeals, Eighth Circuit.

Dec. 9, 1941.

Tom R. R. Ely, of St. Louis, Mo., for appellant.

Harry S. Gleick, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed at costs of appellant, but without taxation of attorney's docket fee in favor of appellee, pursuant to stipulation.

**FONG POY et al., Petitioners, v. FEDERAL TRADE COMMISSION, Respondent.**

No. 9865.

Circuit Court of Appeals, Ninth Circuit.

Dec. 8, 1941.

Elliott Johnson, of Oakland, Cal., for petitioners.

W. T. Kelley, Chief Counsel, Federal Trade Commission, of Washington, D. C., for respondent.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

The default of petitioners in depositing the estimated expense of printing the transcript of record herein having been noted, and petitioners having indicated by letter that the petition to review herein has been abandoned, it is ordered, pursuant to provisions of 15 U.S.C.A. § 45(c), that a decree of this Court be filed and entered herein affirming the order of the Federal Trade Commission, and commanding obedience to the terms of such order of said Commission.

**Edwin JOWETT, Appellant, v. Bert J. MOORE.**

No. 12188.

Circuit Court of Appeals, Eighth Circuit.

Dec. 22, 1941.

James R. Sullivan and Arthur R. Wolfe, both of Kansas City, Mo., for appellant.